**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ROBERT S. PEREIRA,<br><br>    Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC, AND J.P. MORGAN<br>MORTGAGE ACQUISITION CORP.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-10979<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S**
**AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant Rushmore Loan Management Services, LLC, ("Rushmore") certifies that:

Rushmore Loan Management Services LLC ("Rushmore") is a Delaware Limited Liability Company.

Rushmore is an indirect, wholly owned subsidiary of a publicly traded company, Mr. Cooper Group Inc. ("*Mr. Cooper*"), a Delaware corporation with a principal place of business in Texas.

Rushmore is directly owned by its only two member entities: (1) Sub1 DE LLC ("*Sub1 DE*") (99%) and (2) Sub2 DE LLC ("*Sub2 DE*") (1%). Both Sub1 DE and Sub2 DE are Delaware limited liability companies.

Both Sub1 DE and Sub2 DE are directly owned by their only member entity Nationstar Mortgage LLC ("*Nationstar*"), a Delaware limited liability Company.

119339188

-2-

Nationstar is directly owned by its only two member entities: (1) Nationstar Sub1 LLC ("*Sub1*") (99%) and (2) Nationstar Sub2 LLC ("*Sub2*") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by its only member entity Nationstar Mortgage Holdings Inc. ("*NSM Holdings*"), a Delaware corporation with a principal place of business in Texas. NSM Holdings is a wholly owned subsidiary of Mr. Cooper.

More than 10% of the stock of Mr. Cooper is owned by (a) Blackrock, Inc., a Delaware corporation, and certain of its affiliates and (b) The Vanguard Group, Inc., a Pennsylvania corporation, and certain of its affiliates.

Respectfully submitted,

**RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**

By its attorneys,

*/s/ Michael K. Lane*
Michael K. Lane (BBO# 673501)
mlane@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
DATED:      June 25, 2024          Tel.: (617) 345-4624

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2024.

/s/ Michael K. Lane
Michael K. Lane